**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONTAY JEROME PRICE,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | **Case No. LA CV 15-07284-VBF (LAL)**<br><br>**ORDER**<br><br>Overruling Petitioner's Objections;<br><br>Adopting Report & Recommendation;<br><br>**Denying the Habeas Corpus Petition;**<br><br>Directing Separate Ruling on COA;<br><br>Directing Entry of Separate Judgment;<br><br>**Terminating the Case (JS-6)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, United States Magistrate Judge Lamothe's Report and Recommendation, Petitioner's Objections and the remaining record, and the applicable law, and has conducted de novo review of those portions of the R&R to which petitioner Price specifically objected. Finding no error of law, fact, or logic in the well-reasoned R&R, the Court will adopt the Magistrate Judge's findings and conclusions and implement her recommendations. Accordingly, IT IS ORDERED THAT:

Petitioner's objections are **OVERRULED**.

The Report and Recommendation is **ADOPTED**.

Judgment shall be entered consistent with this Order and with the R&R. As required by Fed. R. Civ. P. 58(a), judgment will be entered as a separate document.

The Court will rule on a certificate of appealability by separate order.

This action is **DISMISSED with prejudice**.

The case is closed and **TERMINATED (JS-6)**.

Dated: September 15, 2017

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge