JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY JEROME PRICE,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | **Case No. LA CV 15-07284-VBF (LAL)**<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's Order denying the habeas corpus petition, **final judgment is hereby entered in favor of the respondent and against petitioner Dontay Jerome Price.**

IT IS SO ADJUDGED.

Dated: September 15, 2017

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge